IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DOROTHY PROFFITT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____) | CIVIL NO. 3:11cv310-JRS |

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on June 1, 2012 (ECF No. 20). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation (ECF No. 20) is ADOPTED as the opinion of this Court.

(2) Defendant's Motion to Remand (ECF No. 17) is GRANTED.

(3) Plaintiff's Motion for Leave (ECF No. 10) and Motion for Summary Judgment (ECF No. 11) are DENIED.

(4) The decision of the Commissioner shall be REMANDED for further review.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: 6-21-12

/s/
James R. Spencer
United States District Judge